**DISMISS and Opinion Filed May 11, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00302-CV

## IN THE INTEREST OF J.M.M. AND S.R.M., CHILDREN

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-01387**

## MEMORANDUM OPINION
Before Justices Francis, Fillmore, and Schenck
Opinion by Justice Francis

Before the Court is appellant's motion to dismiss the appeal. Appellant has informed the

Court that she no longer wishes to pursue the appeal. Accordingly, we grant appellant's motion

and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Molly Francis/
MOLLY FRANCIS
JUSTICE

160302F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF J.M.M. AND
S.R.M., CHILDREN

No. 05-16-00302-CV

On Appeal from the 303rd Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DF-14-01387.
Opinion delivered by Justice Francis.
Justices Fillmore and Schenck participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Wayne Mendenhall recover his costs of this appeal from appellant Lisa Mendenhall.

Judgment entered May 11, 2016.